IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECOVERY FUND II USA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-2039 (MN) (JLH) |
| RABOBANK, NATIONAL ASSOCIATION, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

WHEREAS, on January 31, 2020, Magistrate Judge Jennifer L. Hall issued a Report and Recommendation (D.I. 60) in this action, recommending that the Court grant Defendants' Motions to Dismiss ("the Motions"; D.I. 34, 37); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 18th day of February 2020 that the Report and Recommendation is ADOPTED. Defendants' Motions to Dismiss (D.I. 34, 37) are GRANTED and the Amended Complaint (D.I. 25) is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to CLOSE this case.

The Honorable Maryellen Noreika
United States District Judge