IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECOVERY FUND II USA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-2039 (MN) (JLH) |
| | ) |
| RABOBANK, NATIONAL ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

WHEREAS, on May 29, 2020 Magistrate Judge Hall issued a Report and Recommendation (D.I. 74, "the Report") recommending that the Court grant-in-part and deny-in-part Defendants' motions for attorneys' fees (D.I. 62, 65); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 16th day of June 2020 that the Report and Recommendation is ADOPTED. The Court GRANTS-IN-PART and DENIES-IN-PART Defendants' motions for attorneys' fees (D.I. 62, 65) as follows:

1. The motions are DENIED to the extent they seek fees under 28 U.S.C. § 1927 and the Court's inherent authority; and

2. The motions are GRANTED to the extent they seek fees under 42 U.S.C. § 1988 to reimburse Defendants for the time their attorneys spent because of, but only because of, Plaintiff's frivolous § 1983 claim.

2

IT IS FURTHER ORDERED that attorneys' fees are awarded to Defendant Bankruptcy Management Solutions, Inc. in the amount of $11,133.00 and to Defendant Rabobank, National Association in the amount of $7,220.00.  Plaintiff shall pay said amounts to the respective Defendants within thirty (30) days of the date of this Order.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge